**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUL 05 2017**

JAMES W. McCORMACK, CLERK

By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16CR00081 KGB |
| | ) | |
| JASON BYARD | ) | **UNDER SEAL** |

## MOTION FOR REVOCATION

The Acting United States Attorney for the Eastern District of Arkansas, Patrick C. Harris,

by and through Erin O'Leary, Assistant United States Attorney, for its Motion for Revocation,

respectfully states:

After two positive drug screens (May 11th and June 22nd, 2017) and two signed admission

forms (June 7th and June 22nd, 2017), the defendant was to report to Wilber D. Mills for a 30 day

residential treatment program on June 29th, 2017. The defendant failed to report. The pretrial

services officer spoke to the defendant on July 3rd, 2017, during which call the defendant

admitted to using methamphetamine on June 30th, 2017. The defendant had previously admitted

to using methamphetamine three times between March and May, 2017. In light of these events,

and the pending Indictment against the defendant for being a felon in possession of a firearm, the

United States believes that the defendant is a danger to the community. The United States

requests that a warrant be issued under seal and that, upon his arrest, the defendant be brought to

court to show cause why his pretrial release ought not be revoked.

THEREFORE, for the reasons addressed above, the United States respectfully requests that

a warrant be issued for the defendant.

1

Respectfully submitted,

PATRICK C. HARRIS
Acting United States Attorney

By: _____
Erin O'Leary (2011069)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Erin.O'Leary@usdoj.gov

## Certificate of Service

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which shall notify defense counsel accordingly.

_____
Erin O'Leary

2